1  **WILLIAM R. RAPOPORT, ESQ. (SBN 47086)**
   **LAW OFFICES OF WILLIAM R. RAPOPORT**
2  643 Bair Island Road, Suite 400
   Redwood City, CA  94063
3  Tel:   (650) 340-7107
   Fax:  (650) 572-1857
4  williamrapoport@yahoo.com

5  Attorneys for Defendant
   ANTHONY PIRONE, individually and in his personal
6  capacity as a police officer for BART

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  JOHNTUE CALDWELL                    CASE NO.:  C10-00005 MHP

12              Plaintiff,              DEFENDANT ANTHONY PIRONE,
                                        INDIVIDUALLY AND IN HIS PERSONAL
13       vs.                            CAPACITY AS A POLICE OFFICER FOR
                                        BART'S ANSWER TO COMPLAINT
14  BAY AREA RAPID TRANSIT DISTRICT;
15  GARY GEE, in his official capacity as CHIEF   DEMAND FOR JURY TRIAL
    OF POLICE for BAY AREA RAPID TRANSIT
16  DISTRICT (BART); JOHANNES MEHSERLE
    individually and in his official capacity as a
17  police officer for BART; ANTHONY PIRONE,
    individually and in his personal capacity as a
18  police officer for the BART; MARYSOL
    DOMENICI, individually and in her official
19  capacity as a police officer for BART; and
    DOES 1-50, inclusive
20
21              Defendants.
22
23
24
25
26
27
28

1    Comes now Defendant ANTHONY PIRONE, individually and in his official capacity as

2  a Police Officer for BART, and in answer to complaint on file herein admits, denies, and alleges

3  as follows:

4  <center>**PARTIES**</center>

5    1.    In answer to the allegations of paragraph 1 of the complaint, this answering

6  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

7  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

8  denies both generally and specifically, each and every, all and singular, the allegations contained

9  therein.

10    2.    In answer to the allegations of paragraph 2 of the complaint, this answering

11  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

12  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

13  denies both generally and specifically, each and every, all and singular, the allegations contained

14  therein.

15    3.    In answer to the allegations of paragraph 3 of the complaint, this answering

16  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

17  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

18  denies both generally and specifically, each and every, all and singular, the allegations contained

19  therein.  Defendant Pirone admits that he is a citizen of the United States and resident of

20  California.

21    4.    In answer to the allegations of paragraph 4 of the complaint, this answering

22  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

23  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

24  denies both generally and specifically, each and every, all and singular, the allegations contained

25  therein.

26    5.    In answer to the allegations of paragraph 5 of the complaint, this answering

27  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

28

<center>1</center>

1  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

2  denies both generally and specifically, each and every, all and singular, the allegations contained

3  therein.

4        6.      In answer to the allegations of paragraph 6 of the complaint, this answering

5  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

6  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

7  denies both generally and specifically, each and every, all and singular, the allegations contained

8  therein.

9        7.      In answer to the allegations of paragraph 7 of the complaint, this answering

10  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

11  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

12  denies both generally and specifically, each and every, all and singular, the allegations contained

13  therein.

14        8.      In answer to the allegations of paragraph 8 of the complaint, this answering

15  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

16  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

17  denies both generally and specifically, each and every, all and singular, the allegations contained

18  therein.

19        9.      In answer to the allegations of paragraph 9 of the complaint, this answering

20  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

21  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

22  denies both generally and specifically, each and every, all and singular, the allegations contained

23  therein.

24        10.     In answer to the allegations of paragraph 10 of the complaint, this answering

25  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

27

28

2

1    denies both generally and specifically, each and every, all and singular, the allegations contained

2    therein.

3          11.    In answer to the allegations of paragraph 11 of the complaint, this answering

4    Defendant admits the allegations of this paragraph of the Complaint.

5          12.    In answer to the allegations of paragraph 12 of the complaint, this answering

6    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

7    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

8    denies both generally and specifically, each and every, all and singular, the allegations contained

9    therein.

10          13.    In answer to the allegations of paragraph 13 of the complaint, this answering

11    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

12    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

13    denies both generally and specifically, each and every, all and singular, the allegations contained

14    therein.

15          14.    In answer to the allegations of paragraph 14 of the complaint, this answering

16    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

17    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

18    denies both generally and specifically, each and every, all and singular, the allegations contained

19    therein.

20          15.    In answer to the allegations of paragraph 15 of the complaint, this answering

21    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

22    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

23    denies both generally and specifically, each and every, all and singular, the allegations contained

24    therein.

25          16.    In answer to the allegations of paragraph 16 of the complaint, this answering

26    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

27    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

28

3

1    denies both generally and specifically, each and every, all and singular, the allegations contained

2    therein.

3         17.     In answer to the allegations of paragraph 17 of the complaint, this answering

4    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

5    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

6    denies both generally and specifically, each and every, all and singular, the allegations contained

7    therein. This answering Defendant admits that as a BART Police officer he made his way to the

8    station platform.

9         18.     In answer to the allegations of paragraph 18 of the complaint, this answering

10   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

11   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

12   denies both generally and specifically, each and every, all and singular, the allegations contained

13   therein.

14        19.     In answer to the allegations of paragraph 19 of the complaint, this answering

15   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

16   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

17   denies both generally and specifically, each and every, all and singular, the allegations contained

18   therein.

19        20.     In answer to the allegations of paragraph 20 of the complaint, this answering

20   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

21   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

22   denies both generally and specifically, each and every, all and singular, the allegations contained

23   therein. This answering Defendant admits that at some point that date Oscar Grant was shot in

24   the back.

25        21.     In answer to the allegations of paragraph 21 of the complaint, this answering

26   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

27   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

28

4

1    denies both generally and specifically, each and every, all and singular, the allegations contained

2    therein.

3          22.     In answer to the allegations of paragraph 22 of the complaint, this answering

4    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

5    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

6    denies both generally and specifically, each and every, all and singular, the allegations contained

7    therein.

8          23.     In answer to the allegations of paragraph 23 of the complaint, this answering

9    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

10    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

11    denies both generally and specifically, each and every, all and singular, the allegations contained

12    therein.

13          24.     In answer to the allegations of paragraph 24 of the complaint, this answering

14    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

15    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

16    denies both generally and specifically, each and every, all and singular, the allegations contained

17    therein.  This answering Defendant denies that the relationship, if any, between one or more of

18    the BART Officers on the scene at the Fruitvale Station may have contributed in any way to any

19    alleged assault, threatening or detention of Plaintiff.

20          25.     In answer to the allegations of paragraph 25 of the complaint, this answering

21    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

22    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

23    denies both generally and specifically, each and every, all and singular, the allegations contained

24    therein.

25          26.     In answer to the allegations of paragraph 26 of the complaint, this answering

26    Defendant is without sufficient knowledge or information to form a belief as to the truth of the

27    allegations contained in said paragraph, and for that reason and basing his denial on that ground,

28

DEFENDANT ANTHONY PIRONE, INDIVIDUALLY AND IN HIS PERSONAL CAPACITY AS A POLICE OFFICER FOR BART'S
ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

1  denies both generally and specifically, each and every, all and singular, the allegations contained

2  therein.

3       27.    In answer to the allegations of paragraph 27 of the complaint, this answering

4  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

5  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

6  denies both generally and specifically, each and every, all and singular, the allegations contained

7  therein.

8       28.    In answer to the allegations of paragraph 28 of the complaint, this answering

9  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

10  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

11  denies both generally and specifically, each and every, all and singular, the allegations contained

12  therein.

13       29.    In answer to the allegations of paragraph 29 of the complaint, this answering

14  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

15  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

16  denies both generally and specifically, each and every, all and singular, the allegations contained

17  therein.

18       30.    This answering Defendant cannot determine which "Defendant" is being alleged

19  to have violated any of the Plaintiff's rights under 42 U.S.C. §§1981, 1983, 1985, 1986 or The

20  Fourteenth Amendment.  In any event, in answer to the allegations of paragraph 30 of the

21  complaint, this answering Defendant is without sufficient knowledge or information to form a

22  belief as to the truth of the allegations contained in said paragraph, and for that reason and basing

23  his denial on that ground, denies both generally and specifically, each and every, all and singular,

24  the allegations contained therein.

25       31.    In answer to the allegations of paragraph 31 of the complaint, this answering

26  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

27  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

28

6

1   denies both generally and specifically, each and every, all and singular, the allegations contained

2   therein.

3        32.    In answer to the allegations of paragraph 32 of the complaint, this answering

4   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

5   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

6   denies both generally and specifically, each and every, all and singular, the allegations contained

7   therein.

8        33.    In answer to the allegations of paragraph 33 of the complaint, this answering

9   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

10   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

11   denies both generally and specifically, each and every, all and singular, the allegations contained

12   therein.

13        34.    In answer to the allegations of paragraph 34 of the complaint, this answering

14   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

15   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

16   denies both generally and specifically, each and every, all and singular, the allegations contained

17   therein.

18        35.    In answer to the allegations of paragraph 35 of the complaint, this answering

19   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

20   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

21   denies both generally and specifically, each and every, all and singular, the allegations contained

22   therein.  This answering Defendant specifically denies that he acted with malice, actual or

23   otherwise, toward Plaintiff, or with willful and/or wanton indifference to and/or deliberate

24   disregard for the statutory and/or constitutional rights of Plaintiff.

25        36.    In answer to the allegations of paragraph 36 of the complaint, this answering

26   Defendant is without sufficient knowledge or information to form a belief as to the truth of the

27   allegations contained in said paragraph, and for that reason and basing his denial on that ground,

28

1  denies both generally and specifically, each and every, all and singular, the allegations contained

2  therein.

3     37.     In answer to the allegations of paragraph 37 of the complaint, this answering

4  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

5  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

6  denies both generally and specifically, each and every, all and singular, the allegations contained

7  therein.

8     38.     In answer to the allegations of paragraph 38 of the complaint, this answering

9  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

10  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

11  denies both generally and specifically, each and every, all and singular, the allegations contained

12  therein.

13     39.     In answer to the allegations of paragraph 39 of the complaint, this answering

14  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

15  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

16  denies both generally and specifically, each and every, all and singular, the allegations contained

17  therein.

18     40.     This answering Defendant re-alleges and incorporates by reference his answers to

19  paragraphs 1 through 39 of this answer.

20     41.     In answer to the allegations of paragraph 41 of the complaint, this answering

21  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

22  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

23  denies both generally and specifically, each and every, all and singular, the allegations contained

24  therein.

25     42.     This answering Defendant re-alleges and incorporates by reference his answers to

26  paragraphs 1 through 41 of this answer.

27

28

43.     In answer to the allegations of paragraph 43 of the Complaint, this answering Defendant denies said allegations.  As to the balance of the allegations of paragraph 43 of the Complaint, this answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

44.     This answering Defendant re-alleges and incorporates by reference his answers to paragraphs 1 through 43 of this answer.

45.     In answer to the allegations of paragraph 45 of the complaint alleged against this answering Defendant, this answering Defendant denies said allegations.  As to the balance of the allegations of paragraph 45 of the Complaint, this answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

46.     This answering Defendant re-alleges and incorporates by reference his answers to paragraph 1 through 45 of this answer.

47.     In answer to the allegations of paragraph 47 of the Complaint alleged against this answering Defendant, this answering Defendant denies said allegations.  As to the balance of the allegations of paragraph 47 of the Complaint, this answering Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and for that reason and basing his denial on that ground, denies both generally and specifically, each and every, all and singular, the allegations contained therein.

48.     This answering Defendant re-alleges and incorporates by reference his answer to paragraphs 1 through 47 of this answer.

49.     In answer to the allegations of paragraph 49 of the Complaint alleged against this answering Defendant, this answering Defendant denies said allegations.  As to the balance of the allegations of paragraph 48 of the Complaint, this answering Defendant is without sufficient

9

1  knowledge or information to form a belief as to the truth of the allegations contained in said

2  paragraph, and for that reason and basing his denial on that ground, denies both generally and

3  specifically, each and every, all and singular, the allegations contained therein.

4       50.     This answering Defendant re-alleges and incorporates by reference his answers to

5  paragraphs 1 through 49 of this answer.

6       51.     In answer to the allegations of paragraph 51 of the complaint alleged against this

7  answering Defendant, this answering Defendant denies said allegations.  As to the balance of the

8  allegations of paragraph 51 of the complaint, this answering Defendant is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained in said

10  paragraph, and for that reason and basing his denial on that ground, denies both generally and

11  specifically, each and every, all and singular, the allegations contained therein.

12       52.     This answering Defendant re-alleges and incorporates by reference his answers to

13  paragraphs 1 through 51 of this answer.

14       53.     In answer to the allegations of paragraph 53 of the complaint, this answering

15  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

16  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

17  denies both generally and specifically, each and every, all and singular, the allegations contained

18  therein.

19       54.     In answer to the allegations of paragraph 54 of the complaint, this answering

20  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

21  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

22  denies both generally and specifically, each and every, all and singular, the allegations contained

23  therein.

24       55.     In answer to the allegations of paragraph 55 of the complaint, this answering

25  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph, and for that reason and basing his denial on that ground,

27

28

1  denies both generally and specifically, each and every, all and singular, the allegations contained
2  therein.

3      56.    In answer to the allegations of paragraph 56 of the complaint, this answering
4  Defendant is without sufficient knowledge or information to form a belief as to the truth of the
5  allegations contained in said paragraph, and for that reason and basing his denial on that ground,
6  denies both generally and specifically, each and every, all and singular, the allegations contained
7  therein.

8      57.    In answer to the allegations of paragraph 57 of the complaint, this answering
9  Defendant is without sufficient knowledge or information to form a belief as to the truth of the
10  allegations contained in said paragraph, and for that reason and basing his denial on that ground,
11  denies both generally and specifically, each and every, all and singular, the allegations contained
12  therein.

13      58. through 68.  In answer to the allegations of paragraph 58 through 68, this answering
14  Defendant is informed and believes that Plaintiff has withdrawn all allegations contained in these
15  paragraphs in his complaint and therefore no answer is due by this answering Defendant.

16  <div align="center">FIRST AFFIRMATIVE DEFENSE</div>
17      AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS
18  ALLEGE:

19      That plaintiff's decedent assumed the risk of any injuries and/or damages resulting from
20  the matters set forth in said complaint, and that said assumption of risk by decedent was a cause
21  of the injuries and/or damages alleged by plaintiffs, if any there were.

22  <div align="center">SECOND AFFIRMATIVE DEFENSE</div>
23      AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS
24  ALLEGE:

25      That plaintiffs' decedent, Oscar Grant, was himself negligent and careless in and about
26  the matters and events set forth in the complaint, and that said negligence contributed to his
27  alleged injuries and/or damages. The verdict of the jury in favor of plaintiffs, if any, which may

28

<div align="center">11</div>

1   be rendered in this case must therefore be reduced by the percentage that the negligence of

2   plaintiffs' decedent, Oscar Grant, contributed to the accident and injuries complained of, if any

3   there were.

### THIRD AFFIRMATIVE DEFENSE

5   AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

6   ALLEGE:

7   That the complaint does not state facts sufficient to constitute a cause of action against

8   these answering defendants.

### FOURTH AFFIRMATIVE DEFENSE

10   AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

11   ALLEGE:

12   Decedent Oscar Grant was guilty of willful misconduct and wanton and reckless behavior

13   in and about the matters and events set forth in said complaint; and that said willful misconduct

14   and wanton and reckless behavior contributed to the injuries and damages alleged, if any there

15   were.

### FIFTH AFFIRMATIVE DEFENSE

17   AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

18   ALLEGE:

19   The decedent Oscar Grant willfully and wrongfully provoked the altercation in which he

20   was involved, and said provocation of decedent Oscar Grant was a cause of the injuries and

21   damages allegedly sustained.

### SIXTH AFFIRMATIVE DEFENSE

23   AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

24   ALLEGE:

25   That decedent Oscar Grant willfully, wrongfully, unlawfully, and without just cause or

26   provocation made an assault and battery against and upon the person of Anthony Pirone;

27

28

12

1  defendants thereupon necessarily defended themselves and such acts of force complained of

2  were committed in the necessary protection of defendants' body and person.

3  Prior to the time when defendants are alleged to have committed the acts complained of,

4  decedent Oscar Grant willfully, wrongfully, and unlawfully made an assault upon defendants and

5  would have beaten, bruised, and ill-treated them if defendants had not immediately defended

6  themselves against said assault; and in so doing, defendants necessarily and unavoidably came in

7  contact with decedent Oscar Grant and threatened him, but no more than was necessary for said

8  defense.

9  Any damages or injuries suffered by plaintiffs were occasioned by decedent Oscar

10  Grant's own wrongful acts; and the acts of defendants mentioned above are the same acts of

11  which plaintiffs complain.

12  <u>SEVENTH AFFIRMATIVE DEFENSE</u>

13  AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE,

14  DEFENDANTS ALLEGE:

15  Should plaintiffs recover non-economic damages against any defendant, the liability for

16  noneconomic damages is limited to the degree of fault and several liability of said defendant

17  pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against

18  said defendant based upon said defendant's degree of fault and several liability.

19  <u>EIGHTH AFFIRMATIVE DEFENSE</u>

20  AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

21  ALLEGE:

22  Any and all acts or omissions of Bay Area Rapid Transit District, its agents and

23  employees, which allegedly caused the injury at the time and place set forth were the result of an

24  exercise of discretion vested in them.

25  <u>NINTH AFFIRMATIVE DEFENSE</u>

26  AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

27  ALLEGE:

28

13

At all times mentioned in the complaint, defendants were public employees of Bay Area Rapid Transit District and if they performed any of the acts or omissions alleged as the basis of the complaint, the acts or omissions were the result of the exercise of the discretion vested in them, Defendants are therefore immune from liability.

<div align="center">TENTH AFFIRMATIVE DEFENSE</div>

AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

As a further, separate, affirmative defense, defendants allege that they are entitled to a set-off of any damages recovered by plaintiffs.

<div align="center">ELEVENTH AFFIRMATIVE DEFENSE</div>

AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times mentioned in the complaint, defendants are not liable for any of these acts or omissions alleged in the complaint because the complaint only alleges that they are liable based on the acts or omissions of others.

<div align="center">TWELFTH AFFIRMATIVE DEFENSE</div>

AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times mentioned in the complaint, defendants were public employees of Bay Area Rapid Transit District and, as such, are not liable for any of these acts or omissions alleged in the complaint because the complaint only alleges that defendants are liable based on the acts or omissions of others.

<div align="center">THIRTEENTH AFFIRMATIVE DEFENSE</div>

AS ANI5 FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Any and all mandatory duties imposed upon Bay Area Rapid Transit District, its agents and employees, the failure of which allegedly created the condition complained of, were

<div align="center">14</div>

1  exercised with reasonable diligence and therefore defendants are not liable pursuant to

2  Government Code § 815.6.

3  <u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

4  AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE,

5  DEFENDANTS ALLEGE:

6  Defendant Bay Area Rapid Transit District's alleged employees mentioned in plaintiffs'

7  complaint were, at all times, duly qualified, appointed and acting police officers of Bay Area

8  Rapid Transit District and peace officers of the State of California and in accordance with the

9  Constitution of the United States and the State of California and the laws of the United States

10  and the laws of the State of California; and at all times mentioned herein, said officers were

11  engaged in the performance of their regularly assigned duties within the scope of their duties as

12  peace officers of Bay Area Rapid Transit District.

13  <u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

14  AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE,

15  DEFENDANTS ALLEGE:

16  These answering defendants acted in good faith and with a reasonable belief that the

17  actions were lawful and further did not directly or indirectly perform any acts whatsoever which

18  would constitute a breach of any duty owed to plaintiffs.

19  <u>SIXTEENTH AFFIRMATIVE DEFENSE</u>

20  AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE,

21  DEFENDANTS ALLEGE:

22  The acts of these answering defendants were lawful and proper and in all respects were

23  reasonable and legal.

24  <u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

25  AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE,

26  DEFENDANTS ALLEGE:

27

28

15

1    In this connection probable cause existed to believe that decedent Oscar Grant had

2    committed a public offense and, therefore, probable cause existed to detain and/or arrest him.

3    <div align="center">EIGHTEENTH AFFIRMATIVE DEFENSE</div>

4    AS AND FOR AN EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE,

5    DEFENDANTS ALLEGE:

6    At all times relevant to this litigation, decedent Oscar Grant was subject to restraint as

7    was reasonably necessary for his detention and/or arrest.

8    <div align="center">NINETEENTH AFFIRMATIVE DEFENSE</div>

9    AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE,

10   DEFENDANTS ALLEGE:

11   At all times relevant to this litigation, reasonable cause existed to believe that decedent

12   Oscar Grant had committed a public offense and, therefore, reasonable force was used to effect

13   his arrest, to prevent escape or to overcome resistance.

14   <div align="center">TWENTIETH AFFIRMATIVE DEFENSE</div>

15   AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE,

16   DEFENDANTS ALLEGE:

17   These answering defendants are immune from liability pursuant to the provisions of §

18   815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government

19   Code of the State of California.

20   <div align="center">TWENTY-FIRST AFFIRMATIVE DEFENSE</div>

21   AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE,

22   DEFENDANTS ALLEGE:

23   The facts alleged in the Complaint do not involve any custom, practice, procedure or

24   regulation of defendants, which gives rise to a violation of a constitutional right pursuant to

25   Monell v. New York City Department of Social Services, 436 U.S. 658 (1978).

26

27

28

<div align="center">16</div>

WHEREFORE, Defendants pray that Plaintiffs take nothing by way of the complaint on file herein and that defendants have judgment for their costs, attorneys' fees and for such other and further relief as the court deems proper.

<div align="center">JURY DEMAND</div>

Defendant Anthony Pirone hereby demands a jury trial in this action.

Dated:    September 9, 2010.

Respectfully submitted,

LAW OFFICES OF WILLIAM R. RAPOPORT

William R. Rapoport
Attorney for Defendant ANTHONY PIRONE,
individually and in his personal capacity as a police
officer for the BAY AREA RAPID TRANSIT
DISTRICT