Johntue Caldwell v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C10-00005 MHP

1  PROOF OF SERVICE BY MAIL -- CCP 1013, 2015.5

2      I declare that: I am employed in the County of San Mateo, California.  I am over the age

3  of eighteen (18) and not a party to the within entitled cause; my business address is 643 Bair

4  Island Road, Suite 400, Redwood City, California  94063 .

5      On the date below, in the manner indicated, I caused the within document(s) entitled

6  **DEFENDANT ANTHONY PIRONE, INDIVIDUALLY AND IN HIS PERSONAL**

7  **CAPACITY AS A POLICE OFFICER FOR THE BAY AREA RAPID TRANSIT**
   **DISTRICT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

8

9  to be served on the party(s) or their attorney(s) of record in this action:

10 [ ]   Via Mail:  That I am readily familiar with our business practice for collection and
           processing of mail.  On the same day that correspondence is placed for collection
11         and mailing, it is deposited with the United States Postal Service that same day in
           the ordinary course of business, that the name and address of the person served as
12         shown on the envelope, and the date and place of business where the
           correspondence is placed for deposit in the United States Postal Service and that
13         the envelope was sealed and placed for collection and mailing on that date
           following ordinary business practices.
14

15 [ ]   Via Personal Service:  I instructed each envelope to be hand-delivered via

16 [ ]   Via Overnight Courier:  I caused each envelope to be delivered via overnight mail
17         by _____.

18 [ ]   Via Facsimile:  I instructed such to be transmitted via facsimile to the office(s) of
           the addressee(s).
19

20 **[X]   Via e-File:**    Filing parties were served by e-file

21 Addressed as follows:

22

| John L. Burris, Esq.<br>Adante D. Pointer, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA  94621<br>john.burris@johnburrislaw.com<br>adante.pointer@johnburrislaw.com | Attorneys for:  **Plaintiffs**<br><br>**Fax: (510) 839-3882** |
| --- | --- |

23
24
25
26
27
28

Johntue Caldwell v. Bay Area Rapid Transit District, et al.
United States District Court, Northern District of California - Case No. C10-00005 MHP

| | |
|---|---|
| Dale L. Allen, Jr., Esq.<br>Linda Meyer, Esq.<br>Dirk D. Larsen, Esq.<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA  94111-2584<br>dallen@lowball.com<br>lmeyer@lowball.com<br>dlarsen@lowball.com | Attorneys for: **Defendants, Bay Area Rapid Transit District and Gary Gee in his official capacity as Chief of Police for Bay Area Rapid Transit District**<br><br>**Fax: (415) 982-1634** |
| Michael Rains, Esq.<br>Rains, Lucia & Stern LLP<br>2300 Contra Costa Blvd., Suite 230<br>Pleasant Hill, CA 94523<br>Mrains@rlslawyers.com | Attorneys for: **Johannes Mehserle**<br><br>**Fax:** (925)  609-1690 |
| Alison Berry Wilkinson, Esq.<br>BERRY WILKINSON LAW GROUP<br>4040 Civic Center Dr., Ste. 200<br>San Rafael, CA  94903<br>alison@berrywilkinson.com | Attorneys for: **Defendant Marysol Domenici**<br><br>(415) 259-6638 Office and Fax |
| Shimea C. Anderson, Esq.<br>385 Grand Avenue, suite 201<br>Oakland, CA  94610<br>Shimealaw@gmail.com | Attorney for: **Plaintiff Johntue Coldwell**<br><br>**Fax:**  (510) 280-0830 |
| Panos Lagos<br>Law Offices of Panos Lagos<br>5032 Woodminster Lane<br>Oakland, CA  94602<br>panoslagos@aol.com | Attorney for:  **Plaintiff Oscar Grant, Jr.**<br><br>**Fax:**  (510) 530-4725 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 9, 2010, at San Mateo, California.

Selene Wilkes