Shimea C. Anderson SBN No.:234717
LAW OFFICE OF SHIMEA C. ANDERSON
385 Grand Avenue, Suite 201
Oakland, CA 94610
Phone(510) 208-2800
Fax:(510) 280-0830
Email: Shimealaw@gmail.com

Attorney for Plaintiff
JOHNTUE CALDWELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNTUE CALDWELL,<br><br>            Plaintiff<br><br>     vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>            Defendants.<br><br>AND ALL RELATED CASES:<br><br>WANDA JOHNSON, ET AL.,<br>         Case No.: C09-00901 EMC<br>_____/<br><br>JACK BRYSON, JR., ET AL.,<br>         Case No.: C09-04835 EMC<br>_____/<br><br>OSCAR JULIUS GRANT, ET. AL.<br>         Case No.:09-4014 EMC | CASE NO.: C10-00005<br><br>STIPULATION CONTINUING AUGUST 12, 2011 CASE MANAGEMENT AND PROPOSED ORDER<br><br><br><br>Date: August 12, 2011<br>Time: 9:00 a.m.<br>Judge: District Judge Edward M. Chen |

1   TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2   　　　The parties hereto, by and through their attorneys of record, agree that the Case Management

3   Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen

4   is continued for at least thirty days on a date and time set by the Court.

5   　　　SO STIPULATED.

6   Dated: August  4, 2011　　　　　　　　　LAW OFFICE OF SHIMEA C. ANDERSON

7

8   　　　　　　　　　　　　　　　　　　　　By___/s/ Shimea C. Anderson
　　　　　　　　　　　　　　　　　　　　SHIMEA C. ANDERSON
9   　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　JOHNTUE CALDWELL
10

11
　　Dated: August  4, 2011　　　　　　　　　LOW, BALL & LYNCH
12

13   　　　　　　　　　　　　　　　　　　　　By__/s/ Dirk D. Larsen
　　　　　　　　　　　　　　　　　　　　DALE L. ALLEN, JR.
14   　　　　　　　　　　　　　　　　　　　　LINDA MEYER
　　　　　　　　　　　　　　　　　　　　DIRK D. LARSEN
15   　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　BAY AREA RAPID TRANSIT DISTRICT,
16   　　　　　　　　　　　　　　　　　　　　GARY GEE in his official capacity as CHIEF OF
　　　　　　　　　　　　　　　　　　　　POLICE for BAY AREA RAPID TRANSIT
17   　　　　　　　　　　　　　　　　　　　　DISTRICT and DOROTHY DUGGER in her official
　　　　　　　　　　　　　　　　　　　　capacity as GENERAL MANAGER for BAY AREA
18   　　　　　　　　　　　　　　　　　　　　RAPID TRANSIT DISTRICT

19
　　Dated: August ____, 2011　　　　　　　　RAINS, LUCIA & STERN
20

21

22   　　　　　　　　　　　　　　　　　　　　By_____(SEE ATTACHED)
　　　　　　　　　　　　　　　　　　　　MICHAEL L. RAINS
23   　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　JOHANNES MEHSERLE
24
　　Dated: August 4, 2011　　　　　　　　　BERRY WILKINSON LAW GROUP
25

26

27   　　　　　　　　　　　　　　　　　　　　By__/s/  Alison Berry Wilkinson
　　　　　　　　　　　　　　　　　　　　ALISON BERRY WILKINSON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
28   　　　　　　　　　　　　　　　　　　　　MARYSOL DOMENICI

1  Dated: August 4, 2011                LAW OFFICES OF WILLIAM R. RAPOPORT

                                        By  /s/ William R. Rapoport
                                        WILLIAM R. RAPOPORT
                                        Attorneys for Defendant
                                        ANTHONY PIRONE

///
///
///
///
///

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE         - 3 -
CASE NO.: C10-00005 MHP (JCS)

TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

    The parties hereto, by and through their attorneys of record, agree that the Case Management Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen is continued for at least thirty days on a date and time set by the Court.

    SO STIPULATED.

Dated: August ____, 2011          LAW OFFICE OF SHIMEA C. ANDERSON

By_____
SHIMEA C. ANDERSON
Attorneys for Plaintiff
JOHNTUE CALDWELL

Dated: August ____, 2011          LOW, BALL & LYNCH

By_____
DALE L. ALLEN, JR.
LINDA MEYER
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT and DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT

Dated: August ____, 2011          RAINS, LUCIA & STERN

By /s/ Lara Cullinane-Smith_____
MICHAEL L. RAINS
LARA CULLINANE-SMITH
Attorneys for Defendant
JOHANNES MEHSERLE

Dated: August ____, 2011          BERRY WILKINSON LAW GROUP

By_____
ALISON BERRY WILKINSON
Attorney for Defendant
MARYSOL DOMENICI

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled for August 12, 2011 is continued to _____September 30_____, 2011 at __9:00____, in Courtroom 17.

Dated:____August 10, 2011_____    _____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen